UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Orvin David Thompson, Jr.,                         Civil No. 11cv03033 DSD/JJK

    Plaintiff,

v.                                                                 **ORDER**

A.I. International, et al.,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated December 1, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 22, 2011

                                                      s/David S. Doty
                                                      David S. Doty, Judge
                                                      U.S. District Court